1  MARK JOSEPH KENNEY (State Bar No. 87345)
   MICHAEL J. STEINER (State Bar No. 112079)
2  ANDREW W. NOBLE (State Bar No. 245993)
   awn@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  COUNTRYWIDE BANK, FSB; COUNTRYWIDE
   FINANCIAL CORPORATION; COUNTRYWIDE
8  HOME LOANS, INC.; COUNTRYWIDE HOME
   LOANS SERVICING, L.P.; BANK OF AMERICA
9  CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROGELIO MONTOYA, ALICIA MONTOYA, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE BANK, FSB, a United States Bank, COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, COUNTRYWIDE HOME LOANS SERVICING, L.P., a Texas Limited Partnership, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a Delaware Corporation, RECONTRUST COMPANY, as trustee, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  CV09-0641 JW<br><br>[~~PROPOSED~~] ORDER RELATING CASES PURSUANT TO LOCAL RULE 3-12(B)<br><br>ORDER SETTING COMBINED CASE MANAGEMENT CONFERENCE FOR ALL RELATED CASES<br><br>**Accompanying Documents**:<br>Administrative Motion Re Related Cases; Declaration of Andrew Noble |

| | |
|---|---|
| TAM VO and MINH T. DANG,<br><br>         Plaintiffs,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*,<br><br>         Defendants. | Case No. C 09-00828 SI |
| MARIA ELENA VARGAS, an individual,<br><br>         Plaintiff,<br><br>     vs.<br><br>MORGAN STANLEY ABS CAPITAL, I INC. TRUST 2007-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2, *et al.,*<br><br>         Defendants. | Case No.:  09 CV 0748 RS |
| DALILA ASCENCIO, an individual,<br><br>         Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC. *et al.*,<br><br>         Defendants. | Case No.:  C 09 0945 CW |

The Court finds that *Montoya v. Countrywide Bank, FSB, et al.*, 09-cv-0641 (N.D. Cal. 2009); *Vargas v. Morgan Stanley ABS Capital I Inc., et al.*, 09-cv-0748 RS (N.D. Cal. 2009); *Dalila Ascencio v. Countrywide Home Loans, Inc.*, 09-CV-0945 CW (N.D. Cal. 2009); *Vo v. Countrywide Home Loans, Inc., et al.*, 09-cv-00828 SI (N.D. Cal. 2009) are related cases pursuant to Local Rule 3-12(b).  The Clerk of Court shall transfer 09-cv-0748 RS, 09-CV-0945 CW, and 09-cv-00828 SI to this Court for all further proceedings.

\\\

\\\

The Court VACATES all pending deadlines and motions in all related cases until the Court has an opportunity to meet with the parties to discuss a more streamline approach to advance the cases. This includes Defendants' Motion to Expunge in case 09-0641 currently noticed for a hearing on May 4, 2009. (Docket Item No. 15.)

The Court sets a Case Management Conference for all related cases for **May 4, 2009 at 10 a.m.** On or before **April 24, 2009**, the parties shall meet and confer and file a Joint Case Management Statement for all cases. The Statement shall include, among other things, a proposed schedule for dispositive motions and any discovery related issues. The Statement shall also include the parties' position with respect to whether these cases should be consolidated, and if so, whether the consolidation should be limited to the coordination of discovery.

Until further Order of the Court, the parties shall continue to file their documents separately in each pending case.

Dated: April 1, 2009           _____
                                JAMES WARE
                                United States District Judge